UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERRY W. LEE, TRUSTEE, and INDIANA STATE DISTRICT COUNCIL OF LABORERS AND HOD CARRIERS WELFARE PENSION AND TRAINING FUND<br><br>            Plaintiffs,<br><br>    v.<br><br>CDS CONCRETE SPECIALISTS, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1: 04-cv-00909-DFH-VSS<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs' motion for summary judgment is hereby denied. Plaintiffs have submitted substantial evidence supporting their position. The court is not persuaded, however, that the issues of defendant's liability can be decided as a matter of law, without weighing competing evidence and evaluating the credibility of the assertions about the reasons for forming the new corporation and the manager's intentions with respect to the employees of that new corporation.

The court will hold a scheduling conference on Friday, January 20, 2006, at 9:30 a.m. in Room 330, Birch Bayh U.S. Courthouse, Indianapolis, Indiana, to schedule a prompt court trial. If that schedule poses any difficulties for counsel,

they should contact Mr. Bruess at 317-229-3742, and the court will schedule an earlier date.

So ordered.

Date: January 3, 2006

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE
fdennerline@fdgtlaborlaw.com

Michael L. Einterz
Einterz & Einterz
einterzandeinterz@ameritech.net